No. 104. EMILY NORRIS, Administratrix, *v.* WIL-MINGTON & WELDON RAILROAD COMPANY; from Pitt County. Appeal by defendant. Messrs. Bond & Fleming, for plaintiff ; Messrs. John L. Bridgers, R. O. Burton and B. M. Gatling, for defendant.

*Per Curiam:* Judgment affirmed, February 23, 1898.

No. 141. FRANK W. MOSELY *v.* JOHN W. CROSS; from Wake County. Appeal by plaintiff.

*Per Curiam:* Judgment affirmed, March 2, 1898.

No. 142. ALICE A. SHAFFER *v.* DONNA M. BLEDSOE; from Wake County. Appeal by defendant. Mr. W. N. Jones, for plaintiff ; Mr. M. A. Bledsoe, for defendant.

*Per Curiam:* Judgment affirmed, March 2, 1898.

No. 145. WILLIAM SMITH *v.* B. F. MONTAGUE ; from Wake County. Appeal by plaintiff. Mr. M. A. Bledsoe, for plaintiff; Messrs. Jones & Boykin, for defendant.

*Per Curiam:* Action dismissed, March 2, 1898, on motion of defendant on the ground that complaint does state a cause of action.

No. 146. M. H. BLAKE *v.* D. C. BLAKE et al ; from Wake County. Appeal by defendant. Mr. J. H. Fleming, for plaintiff ; Mr. M. A. Bledsoe, for defendant.

*Per Curiam:* Appeal dismissed, March 2, 1898.

No. 159. MOSES A. BLEDSOE *v.* ALICE A. SHAFFER ; from Wake County. Appeal by plaintiff. Mr. M. A. Bledsoe, for plaintiff ; Mr. W. N. Jones, for defendant.

*Per Curiam:* Judgment affirmed, May 11, 1898.